UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    DONALD L. DAVIDSON<br>    NANCY M. DAVIDSON<br>                                    Debtors | CASE NO: 07-32625<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 29 | SAGE TELECOM INC<br>805 CENTRAL EXPRESSWAY SOUTH<br>SUITE 100<br>ALLEN, TX  75013 | 18.50 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service                    07-32625

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DONALD L. DAVIDSON                HAROLD JARNICKI                (35.1n)
NANCY M. DAVIDSON                 576 MOUND CT                   HOLLY N WOLF
1030 DALE AVENUE                  SUITE B                        MANLEY DEAS KOCHALSKI LLC
FRANKLIN, OH 45005                LEBANON, OH 45036              BOX 165028
                                                                COLUMBUS, OH 43216

(1035.1n)                         (36.1n)                        (29.1)
LINH TRAN                         PORTFOLIO RECOVERY ASSOCIATES   SAGE TELECOM INC
2101 FOURTH AVE                   BOX 41067                      805 CENTRAL EXPRESSWAY SOUTH
SUITE 900                         NORFOLK, VA 23541              SUITE 100
SEATTLE, WA 98121                                                ALLEN, TX 75013

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                  sv